UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| DAVID ANTHONY DEAN, | |
| Plaintiff, | 2:04-CV-1285-PMP-PAL |
| v. | |
| STATE OF CALIFORNIA, et al., | ORDER |
| Defendants. | |

On March 2, 2006, the Court ordered that it no longer will accept or consider any documents or letters filed by Plaintiff David Anthony Dean in this case, and the Court instructed the Clerk of Court to strike or return any submissions by Plaintiff. (Order (Doc. #216).) On July 5, 2013, the Court again ordered that it no longer will accept or consider any documents or letters filed by Plaintiff in this case. (Order (Doc. #233).) Despite the Court's Orders, Plaintiff has persisted in sending various documents to the Court. The Court reminds Plaintiff that pursuant to its previous Orders (Doc. ##216, 233), the Court does not, and will not, accept or consider any documents or letters filed by Plaintiff in this case. Plaintiff further is advised that the Clerk of Court no longer will return his submissions via U.S. Mail.

IT IS THEREFORE ORDERED that the Clerk of Court shall not accept or file any submissions by Plaintiff in this case and that the Clerk of Court shall not return any submissions by Plaintiff.

DATED: August 7, 2013

_____
PHILIP M. PRO
United States District Judge

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| DAVID ANTHONY DEAN, | ) | |
| Plaintiff, | ) ) | 04-CV-1285-PMP-PAL |
| v. | ) ) | |
| STATE OF CALIFORNIA, et al., | ) ) | ORDER |
| Defendants. | ) ) | |

On March 2, 2006, the Court ordered that it no longer will accept or consider any documents or letters filed by Plaintiff David Anthony Dean in this case, and the Court instructed the Clerk of Court to strike or return any submissions by Plaintiff. (Order (Doc. #216).) Despite the Court's Order, Plaintiff has persisted in sending various documents to the Court. The Court reminds Plaintiff that pursuant to its previous Order (Doc. #216), the Court does not, and will not, accept or consider any documents or letters filed by Plaintiff in this case.

IT IS THEREFORE ORDERED that the Clerk of Court shall not accept or file any submissions by Plaintiff in this case.

DATED: July 5, 2013

_____
PHILIP M. PRO
United States District Judge

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| DAVID DEAN, | ) | |
| | ) | |
| Plaintiff, | ) | CV-S-04-1285-PMP (PAL) |
| | ) | |
| v. | ) | |
| | ) | |
| STATE OF CALIFORNIA, et al., | ) | O R D E R |
| | ) | |
| Defendants. | ) | |

On October 20, 2004, this action was dismissed for Plaintiff's failure to state a claim upon which relief can be granted and Judgment was entered. Since that time Plaintiff David Dean has filed over 200 documents requesting reconsideration or other such relief which the Court has denied, including the latest Motions/ Letters for consideration:

    1. Motion/Notice of Lodgement (#207);

    2. Motion to Re-Open Motion/Motion to Consolidate/Motion to Intervene/Motion to Reconsider (#209);

    3. Emergency Request to Expedite (#210);

    4. Letter (#211);

    5. Letter #212);

    6. Motion to Re-Open/Motion to Consolidate (#213)

    6. Letter (#214); and

    7. Motion to Re-Open (#215).

1  The Court will no longer accept or consider ANY DOCUMENTS OR LETTERS filed
2  by Plaintiff Dean in this case and instructs the Clerk of Court to strike or return any submissions by
3  Plaintiff.
4  IT IS THEREFORE ORDERED that each of the foregoing Motions filed on behalf of
5  the Plaintiff are DENIED and no further pleadings file by Plaintiff David Dean will be accepted in
6  this case.

8  Dated:  March 1, 2006

_____
PHILIP M. PRO
Chief United States District Judge